**NORTH AMERICAN SERVICE COMPANY v. Hal A. STODDARD, d. b. a. Stoddard Advertising Co.**

No. 6201.

Circuit Court of Appeals, Sixth Circuit.

May 10, 1932.

Evans & McCoy, of Cleveland, Ohio, for appellant.

Frank M. Slough, of Cleveland, Ohio, for appellee.

PER CURIAM.

Docketed and dismissed pursuant to motion of counsel for appellant.

**NORTHWESTERN CORPORATION v. COLUMBUS VENDING CO.**

No. 6046.

Circuit Court of Appeals, Sixth Circuit.

Oct. 9, 1931.

H. C. Alberts, of Chicago, Ill., and Walter F. Murray, of Cincinnati, Ohio, for appellant.

Corbett & Mahoney, of Columbus, Ohio, for appellee.

PER CURIAM.

Docketed and dismissed pursuant to motion of counsel for appellee.

**OHIO MINING CO. v. COMMISSIONER OF INTERNAL REVENUE.**

No. 5957.

Circuit Court of Appeals, Sixth Circuit.

May 10, 1932.

E. L. Bono, of Washington, D. C., and H. C. Allread, of Columbus, Ohio, for petitioner.

C. M. Charest, of Washington, D. C., for respondent.

PER CURIAM.

Dismissed pursuant to motion of counsel for petitioner.

**OHIO STATE MORTGAGE CO. v. COMMISSIONER OF INTERNAL REVENUE.**

No. 6173.

Circuit Court of Appeals, Sixth Circuit.

April 6, 1932.

C. M. Charest, of Washington, D. C., for respondent.

PER CURIAM.

Docketed and dismissed pursuant to motion of counsel for respondent.

**Ransom E. OLDS v. COMMISSIONER OF INTERNAL REVENUE.**

No. 5848.

Circuit Court of Appeals, Sixth Circuit.

Oct. 6, 1931.

Frost & Jacobs, of Cincinnati, Ohio, and Chas. E. Ecker, of Lansing, Mich., for petitioner.

C. M. Charest, of Washington, D. C., for respondent.

PER CURIAM.

Order of Board of Tax Appeals reversed, and cause remanded pursuant to stipulation of counsel.